IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

DILLON MVURI,

v.

Case No. 1:18-cv-875

AMERICAN AIRLINES, INC., et al.

## ORDER

For the reasons stated in the memorandum opinion issued this same day,

It is hereby **ORDERED** that Defendant American Airlines, Inc's Motion for Summary Judgment (Dkt. 39) is **GRANTED**.

It is further **ORDERED** that Defendant International Association of Machinists and Aerospace Workers, AFL-CIO's Motion for Summary Judgment (Dkt. 42) is **GRANTED**.

It is further **ORDERED** that Plaintiff's Cross Motion for Summary Judgment against American Airlines, Inc. (Dkt. 49) and Cross Motion for Summary Judgment against International Association of Machinists and Aerospace Workers, AFL-CIO (Dkt. 51) are **DENIED**.

Accordingly,

The Clerk of the Court is directed to enter Rule 58 judgment on behalf of the defendants and against plaintiff and is further ordered to place this matter among the ended causes.

To appeal this decision, plaintiff must file a written Notice of Appeal with the Clerk of this court within thirty (30) days of receipt of this Order. Failure to file a timely Notice of Appeal waives the right to appeal.

The Clerk shall provide a copy of this Order to plaintiff and all counsel of record.

Alexandria, Virginia
September 11, 2019

/s/
T. S. Ellis, III
United States District Judge