# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | | |
|---|---|---|
| Dillon Mvuri | ) | |
| Plaintiff | ) | |
| v. | ) | 1:18-cv-00875-TSE-MSN |
| American Airlines, Inc., et al | ) | |

## **JUDGMENT**

Pursuant to the order of this Court entered on September 11, 2019, and in accordance with Federal Rule of Civil Procedure 58, JUDGMENT is hereby entered as Judgment in favor of the defendants, International Association of Machinists and Aerospace Workers and American Airlines, Inc. and against the plaintiff, Dillon Mvuri.


| | |
|---|---|
| 09/11/2019 | FERNANDO GALINDO |
| Date | Clerk |
| | /s/ Tanya Randall |
| | (By) Deputy Clerk |